1 | **ROCKARD J. DELGADILLO**, City Attorney
**G. DANIEL WOODARD**, Senior Assistant City Attorney
2 | **PAUL N. PAQUETTE**, Assistant City Attorney
**ROBERT BROWN**, Deputy City Attorney (SBN 1878456)
3 | 1700 City Hall East
200 North Main Street
4 | Los Angeles, CA 90012
Phone No.: (213) 978-2209
5 | Fax No.: (213) 978-2211

6

7 | Attorneys for Defendants City of Los Angeles, Herbert Boeckmann, Marvin Braude, Gerald Chaleff, Ruth Galanter, Magdaleno Gomez, Maxwell Greenberg, Nate Holden, Richard Meraz, Cindy Miscikowski, Kevin Moore, Bernard Parks, Edith Perez, Mark
8 | Ridley-Thomas, Nick Salicos, Joseph Sanchez, Barbara Lindemann Schlei, Robert Talcott, Timothy Torsney, Joel Wachs, Christopher Warren, Robert Weil and Mark
9 | Wilbur

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DEL CASTILLO, and DIANA DEL CASTILLO, | CASE NO. CV01-06798 GAF (AJWx) |
| Plaintiffs, | *Assigned to Hon. Gary A. Feess* |
| vs. | **STIPULATION FOR DISMISSAL F.R.C.P. 41(A)** |
| NINO DURDEN, et al., | |
| Defendants. | |

21 | The above-captioned action be and hereby is dismissed with prejudice, against the

22 | defendants CITY OF LOS ANGELES and all of its present and former departments,

23 | commissions, boards, bureaus, officials, officers, agents and employees named or

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

#171644-2                                    1

1  unnamed, served or unserved, pursuant to Federal Rule 41(A) of the Federal Rules of

2  Civil Procedure, with each side to bear its own costs.

3      **IT IS SO STIPULATED:**

4

5  Dated: 7-18, 2002

    **MORENO, BECERRA, GUERRERO & CASILLAS**

6

7      By: _____

8         **GREGORY MORENO**
       Attorney at Law

9      Attorney for Plaintiff DANIEL DEL CASTILLO

10

11  Dated: July 16, 2002

    **ROCKARD J. DELGADILLO**, City Attorney
    **GARY G. GEUSS**, Assistant City Attorney

12      **PAUL N. PAQUETTE**, Assistant City Attorney

13      By: _____

14         **ROBERT BROWN**
       Deputy City Attorney

15      Attorney for Defendants City of Los Angeles, Herbert

16      Boeckmann, Marvin Braude, Gerald Chaleff, Ruth
    Galanter, Magdaleno Gomez, Maxwell Greenberg, Nate

17      Holden, Richard Meraz, Cindy Miscikowski, Kevin
    Moore, Bernard Parks, Edith Perez, Mark Ridley-

18      Thomas, Nick Salicos, Joseph Sanchez, Barbara
    Lindemann Schlei, Robert Talcott, Timothy Torsney, Joe

19      Wachs, Christopher Warren, Robert Weil and Mark
    Wilbur

20  **IT IS SO ORDERED:**

21

22  Dated: 1/7/03

23      UNITED STATES DISTRICT COURT JUDGE

24

25

26

27

28

#171644-2                   2